UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-31477 |
|---|---|
| Michael J Lee | (Chapter 13) |
| Cathy S Lee | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072900**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 48 | SPIRIT OF AMERICA NATL BANK<br>LANE BRYANT FIRST EXPRESS<br>BOX 856132<br>LOUISVILLE, KY  40285 | 11.31 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/29/2011

| | Certificate of Service | 09-31477 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Michael J Lee | ANTHONY B PENNINGTON | (79.1n) |
| Cathy S Lee | 1107 UPPER VALLEY PIKE | HOUSEHOLD REALTY CORPORATION |
| 2616 Berger Avenue | SPRINGFIELD, OH  45504 | BOX 21188 |
| Springfield, OH  45503 | | EAGAN, MN  55121 |

(48.1)
SPIRIT OF AMERICA NATL BANK
LANE BRYANT FIRST EXPRESS
BOX 856132
LOUISVILLE, KY  40285

        Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____  sv